tiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. No appearance for respondent.

No. 519. EVA A. INGERSOLL, ADMINISTRATRIX, ETC., PETITIONER, *v.* JOSEPH A. CORAM ET AL. December 24, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit granted. *Mr. E. N. Harwood, Mr. Hannis Taylor, Mr. Hollis R. Bailey* and *Mr. John H. Hazelton* for petitioner. *Mr. Louis D. Brandeis* and *Mr. Wm. H. Dunbar* for respondents.

No. 487. CLARA CHAISON ET AL., PETITIONERS, *v.* LAWRENCE HYDE ET AL. December 24, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George C. Greer* for petitioners. *Mr. Wm. Hepburn Russell* and *Mr. Wm. Beverly Winslow* for respondents.

No. 509. GEORGE F. VIETOR ET AL., PETITIONERS, *v.* BENJAMIN LEVI ET AL. December 24, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Abram I. Elkus* for petitioners. No appearance for respondents.

No. 511. MYRON W. ANDRUS, PETITIONER, *v.* THE BERKSHIRE POWER COMPANY. December 24, 1906. Petition for a writ of certiorari to the United States Circuit Court of Ap-